Heinz J. Mahler – USB # 3832
Andrew R. Hale – USB #13725
KIPP AND CHRISTIAN, P.C.
10 Exchange Place, 4th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-3773
hjmahler@kippandchristian.com
ahale@kippandchristian.com

Steven Plitt
Joshua D. Rogers
KUNZ PLITT
HYLAND & DEMLONG
3838 North Central Avenue, Suite 1500
Phoenix, Arizona  85012-1902
Telephone:   (602) 331-4600
sp@kunzlegal.com; jdr@kunzlegal.com

Gregory J. Kerwin
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO  80202
Telephone: (303) 298-5700
GKerwin@gibsondunn.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| COLORADO CASUALTY INSURANCE COMPANY, a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>PERPETUAL STORAGE, INC., et al.,<br><br>Defendants. | Case No.:  2:10-cv-00316 DAK<br>[Judge Dale A. Kimball]<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS, COUNTERCLAIMS, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS** |

Upon consideration of the parties' "Stipulated Motion For Dismissal With Prejudice Of All Claims, Counterclaims, Cross-Claims, And Third-Party Claims," the Court hereby ORDERS:

The Motion is granted. All claims, counterclaims, cross-claims, and third-party claims that have been, or could have been, asserted in this action, are hereby dismissed, with prejudice, under Fed. R. Civ. P. 41(a), with each party to bear its own costs and attorney's fees.

Dated: August 14, 2013.

BY THE COURT:

Dale A. Kimball
U.S. District Judge